UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **Mercedes Torres Medina**<br>Plaintiff<br><br>v.<br><br>**Department of the Army, et.al.,**<br>Defendants | CIVIL CASE NO.15-cv-2085 |

NOTICE OF DEFECTIVE ELECTRONIC FILING

Pursuant to the Federal Rules of Civil Procedure, a civil action is commenced upon the filing of a complaint.  Fed. R. Civ. P. 3.  Same shall proceed as a civil case under the rules of procedure and the Local Rules of this Court, which require that the filing fee shall be paid to the Clerk of Court upon the filing of the complaint unless the party moves to proceed in forma pauperis.  "Except as otherwise required by law or ordered by the Court, the Clerk's Office shall not docket any filings, issue any process, or render any other service for which a fee is prescribed ... unless the fee is prepaid or in forma pauperis status has been granted."  L.Cv.R. 3.1(a).

Accordingly, the Clerk hereby notes the following deficiency, which must be cured

within the next **24 hours**:

- plaintiff has failed to pay the filing fee to initiate this action or file a motion to proceed in forma pauperis and affidavit in support. See, L.Cv.R. 3.1(a).

Except as otherwise provided by law, absent just cause, the Court may impose appropriate sanctions, including but not limited to dismissal of any action, for any violation of, or failure to comply with, the local rules.

WHEREFORE, plaintiff shall, within the next 24 hours following service of this Notice, cure the defect noted herein.  Failure to comply with the terms of this Notice may entail dismissal of this action by the Clerk and/or referral of this matter to the attention of the Chief Judge.

All CM/ECF Standing Orders, User Manual, training and other reference materials are available at the Court's website, www.prd.uscourts.gov.  Parties may also contact the Court's CM/ECF Help Line (787.772.3449) for further assistance.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 11th day of August, 2015.

FRANCES RIOS DE MORAN, ESQ.
CLERK OF COURT

s/Antonio Rodriguez Gonzalez
Antonio Rodriguez Gonzalez
Deputy Clerk