## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

2018 AUG 22 PM 7: 15

MERCEDES TORRES-MEDINA,
    Plaintiff,

v.

                                      Civil No. 15-2085 (BJM)

DEPARTMENT OF THE ARMY, et al.,
    Defendant.

## VERDICT FORM- LIABILITY

1. Did plaintiff Mercedes Torres-Medina prove, by a preponderance of the evidence, that by referring her for an investigation, the Department of the Army took an adverse action against her?

Yes    _____          No   ✓_____

2. Did plaintiff Mercedes Torres-Medina prove, by a preponderance of the evidence that, Colonel Rivera requested the investigation because of her protective activity?

Yes    _____          No  ✓_____

_____
Signed:  Foreperson