IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MERCEDES TORRES-MEDINA,**<br><br>  Plaintiff,<br><br>  v.<br><br>**DEPARTMENT OF THE ARMY,** *et al.*,<br><br>  Defendants. | CIVIL NO. 15-2085 (BJM) |

## FINAL JUDGMENT

In accordance with the jury's verdict, this case is dismissed with prejudice.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23rd day of August, 2018.

*s/Bruce J. McGiverin*
BRUCE J. McGIVERIN
United States Magistrate Judge